JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEONDRE RAGLIN,**<br><br>       **Plaintiff,**<br><br>       **vs.**<br><br>**WILLIAM E SHAMLIAN D/B/A 4100 BAR; JUNCTION GATEWAY, LLC; and DOES 1 to 10,**<br><br>       **Defendants.** | **Case No.: 2:26-cv-03492-JFW-RAOx**<br>Assigned to John F. Walter<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED: June 10, 2026

_____
John F. Walter,
United States District Court Judge

NOTICE OF VOLUNTARY DISMISSAL